IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pinnacle Peak Private Client Group LLC, | No. CV-22-00023-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Keystone Capital Partners Incorporated, et al., | |
| Defendants. | |

Plaintiff has filed a "dismissal" under Rule 41(a)(1), which was docketed as a "notice of dismissal" pursuant to Rule 41(a)(1)(A)(i). (Doc. 76.) However, because Defendants have filed an answer (Doc. 35), as well as a motion for summary judgment (Doc. 59), Rule 41(a)(1)(A)(i) is inapplicable. The dismissal having been signed by all parties, the Court construes it as a "stipulation of dismissal" pursuant to Rule 41(a)(1)(A)(ii).

**IT IS ORDERED** granting the stipulation of dismissal (Doc. 76).

**IT IS FURTHER ORDERED** that all claims in the above-captioned case are dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that all hearings and deadlines are vacated, and all pending motions, including the motions for summary judgment (Docs. 59, 65) and motion to strike (Doc. 67) are denied as moot.

Dated this 18th day of September, 2023.

Dominic W. Lanza
United States District Judge